KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN F. MULRYNE
Deputy Director, Election Crimes Branch
United States Department of Justice, Criminal Division
Public Integrity Section
1331 F St., NW, Suite 300
Washington, DC  20004
Telephone:  (202) 598-2816
Email:  Sean.Mulryne@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF SEAN F. MULRYNE TO PRACTICE BEFORE THE COURT ) ) ) ) ) ) ) | MISC. NO.<br><br>APPLICATION TO APPEAR ON BEHALF OF THE UNITED STATES; DECLARATION OF SEAN F. MULRYNE |

APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR83.1(c)(1) of the Local Rules of Practice for the United States

District Court for the District of Hawaii, SEAN F. MULRYNE, attorney for the

United States of America hereby notifies the Court of his intention to appear before

this Court on behalf of the United States and to attend to the interests of the United

States during the period of his employment by the United States with leave to do so.  A declaration in support of this is filed herewith.

DATED:  August 31, 2020, at Washington, District of Columbia.

    KENJI M. PRICE
    United States Attorney
    District of Hawaii

*/s/ Sean F. Mulryne*
By_____
    SEAN F. MULRYNE
    Deputy Director
    Election Crimes Branch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: APPLICATION OF SEAN F. MULRYNE TO PRACTICE BEFORE THE COURT | ) ) ) ) | MISC. NO. DECLARATION OF SEAN F. MULRYNE |

### DECLARATION OF SEAN F. MULRYNE

1. I am the Deputy Director of the Election Crimes Branch of the Public Integrity Section, Criminal Division, United States Department of Justice.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member in good standing of the bar of the State of New Jersey.

I declare, upon penalty of perjury, that the foregoing is true and correct.

DATED: August 31, 2020, at Washington, District of Columbia.

*/s/ Sean F. Mulryne*
_____
SEAN F. MULRYNE
Deputy Director
Election Crimes Branch